# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, N.A.,<br>    Plaintiff,<br><br>         v.<br><br>JOHN F. HAYES, et al.,<br>    Defendants. | EDCV 20-1617 DSF (SPx)<br><br>JUDGMENT |

   The Court having granted a motion for default judgment in favor of Tamara Bruner as Trustee of the Hayes Family Trust dated May 4, 1998 and the interpleaded Plaintiff Wells Fargo Bank, N.A. having been previously dismissed from the action,

   IT IS ORDERED that the Clerk distribute the interpleaded funds deposited with the Clerk in this case to Tamara Bruner as Trustee of the Hayes Family Trust dated May 4, 1998.

Date: July 26, 2021

_____
Dale S. Fischer
United States District Judge

CC: FISCAL